UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EDUARDO HERRERO,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:22-cv-2240-SDM-PRL**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

## ORDER

Plaintiff filed this social security appeal on September 30, 2022. The Standing Order on Management of Social Security Cases, which was in effect at that time and should have been docketed in this case, has recently expired. Now, these proceedings are governed by the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) which became effective on December 1, 2022. The Federal Rules of Civil Procedure and the Local Rules also apply to this proceeding except to the extent they are inconsistent with the Supplemental Rules. The parties must review the Supplemental Rules to determine the governing deadlines.

- 2 -

Pursuant to Rule 4(a) of the Supplemental Rules, the Commissioner is required to serve her answer within 60 days after notice of the action. Given the change in governing rules for this case, the Court will allow the Commissioner additional time to do so. Accordingly, the Commissioner shall serve her answer on or before **December 29, 2022.**

**DONE** and **ORDERED** in Ocala, Florida on December 12, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties